# Ex. 1

www.cbsnews.com /detroit/news/university-of-michigan-hackers-gained-personal-information-cyberattack/

# University of Michigan says hackers gained personal information of individuals in cyberattack

DeJanay Booth-Singleton : 4-5 minutes : 10/23/2023



By

Updated on: October 24, 2023 / 7:22 PM EDT / CBS Detroit

CBS News Detroit Digital Brief for Oct. 23, 2023

CBS News Detroit Digital Brief for Oct. 23, 2023  03:03

**(CBS DETROIT) -** The University of Michigan said on Monday that hackers were able to get the personal information during a cyberattack back in August.

University officials say an investigation launched an investigation and learned of suspicious activity on the computer network.

The investigation revealed that an "unauthorized third party was able to access personal information relating to certain students and applicants, alumni and donors, employees and contractors, University Health Service and School of Dentistry patients, and research study participants," the university said.

The information included social security numbers, driver's licenses or other government-issued identification numbers, financial account or payment card numbers, and health information. The university determined that the hacker gained access between Aug. 23-27.

4/10/25, 10:33 AM
University of Michigan says hackers gained personal information of individuals in cyberattack
Case 2:25-cv-10855-MAG-EAS ECF No. 15-1, PageID.156 Filed 04/13/25 Page 3 of 3

In response to the suspicious activity, officials disconnected the campus network on Aug. 27 for its Ann Arbor, Dearborn, and Flint campuses. At that time, University President Santa Ono said it was investigating a "security issue." The internet was restored on Aug. 30.

The university says in addition to the investigation, it is also "continuing to work with third-party cybersecurity experts to take steps to harden our systems and emerge from this incident as a more secure community."

U of M sent letters on Monday to all individuals whose information was involved. The university is offering free credit monitoring services to those individuals.

The university also launched a call center to address the incident. Anyone who believes their information was involved and does not receive a letter can call the toll-free number at 888-998-7088 between 9 a.m. and 9 p.m. Monday through Friday.

## More from CBS News

In:
- Security Hacker
- Cyberattack
- University of Michigan

DeJanay Booth-Singleton

DeJanay Booth-Singleton is a digital producer at CBS Detroit. She covers various topics such as crime, business and politics.