# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JANE DOE 1, and JANE DOE 2, on behalf of themselves and others similarly situated,

          Plaintiffs,

vs.

MATTHEW WEISS; the REGENTS OF THE UNIVERSITY OF MICHIGAN; the UNIVERSITY OF MICHIGAN; KEFFER DEVELOPMENT SERVICES, LLC,

          Defendants.

Case No. 25-CV-10855
Hon. Mark A. Goldsmith
Maj. Elizabeth A. Stafford

## NOTICE OF APPEARANCE

Please enter the appearance of Sheldon H. Klein of Butzel Long, a professional corporation, as counsel for Defendants University of Michigan and Regents of the University of Michigan in the above-captioned matter.

Dated:  April 15, 2025	Respectfully submitted,

                                               BUTZEL LONG,
                                               a professional corporation

                                               By:  */s/ Sheldon H. Klein*
                                               Sheldon H. Klein (P41062)
                                               201 W. Big Beaver, Suite 1200
                                               Troy MI  48084
                                               248.258.1616
                                               klein@butzel.com
                                               Attorneys for Defendants University
                                               of Michigan and Regents of the
                                               University of Michigan


## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 15, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all registered ECF participants listed for this case.

                                               */s/ Sheldon H. Klein*
                                               Sheldon H. Klein (P41062)