UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MAKENZIE JOHNSON** and
**JANE DOEs 1-41**, on behalf
of themselves and others similarly situated,

       Plaintiff,                               Case No. 25-cv-10855

v.                                                  Hon. Mark A. Goldsmith

**MATTHEW WEISS, the REGENTS
OF THE UNIVERSITY OF MICHIGAN,
the UNIVERSITY OF MICHIGAN**,
**KEFFER DEVELOPMENT SERVICES, LLC**

       Defendants.
_____/

## NOTICE OF FILING OF MOTION TO CONSOLIDATE
## PURSUANT TO LOCAL RULE 42.1

Please take notice that defendants the University of Michigan and Regents of the University of Michigan have filed a Motion to Consolidate and to Convene a Case Management Conference in case 25-cv-10806.  The Motion seeks consolidation of cases  25-cv-10855,  25-cv-10870,  25-cv-10876,  25-cv-10946,  25-cv-10951

25-cv-10988, and 25-cv-10999 with case 25-cv-10806.

**BUTZEL LONG**

s/ Daniel B. Tukel
201 West Big Beaver Road
Suite 1200
Troy, Michigan  48084
(248) 258-1616
tukel@butzel.com
(P34978)

DATED:     April 16, 2025

## Certificate of Service

I hereby certify that on April 16, 2025, I electronically filed the foregoing paper, Notice of Filing Motion to Consolidate Pursuant to Local Rue 42.1, with the Clerk of the Court using the ECF system which will send notification of such filing to all parties registered with ECF.

                                                  s/ Daniel B. Tukel
                                                  201 West Big Beaver Road
                                                  Suite 1200
                                                  Troy, Michigan  48084
                                                  (248) 258-1616
                                                  tukel@butzel.com
                                                  (P34978)