UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe, et al.,

                Plaintiff(s),

v.                                          Case No. 2:25−cv−10855−MAG−EAS
                                                    Hon. Mark A. Goldsmith

Matthew Weiss, et al.,

                Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  May 14, 2025 at 09:00 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                 By: s/Holly A Ryan
                                                                       Case Manager

Dated:  April 22, 2025