# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JANE DOE 1, et al.,

    Plaintiff,                                  Case No. 25-cv-10855

v.                                               Hon. Mark A. Goldsmith

MATTHEW WEISS, et al.,

    Defendants.

_____/

## STIPULATED ORDER STAYING TIME FOR RESPONSE
## TO MOTION FOR PRELIMINARY INJUNCTION

In accordance with the stipulation of attorneys for plaintiffs and for defendants University of Michigan and Regents of the University of Michigan, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the time for defendants University of Michigan and Regents of the University Michigan to respond to plaintiff's Motion For Preliminary Injunction, (ECF #15) is stayed pending the Court convening a Case Management Conference.

    **SO ORDERED**.

Dated:  April 22, 2025                          s/Mark A. Goldsmith
      Detroit, Michigan                     MARK A. GOLDSMITH
                                                      United States District Judge

**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

| | |
|---|---|
| s/ with the consent of | s/ Daniel B. Tukel |
| Noah S. Hurwitz | 201 W. Big Beaver Road |
| 340 Beakes Street | Suite 1200 |
| Suite 125 | Troy, Michigan 48084 |
| Ann Arbor, Michigan 48103 | (248) 258-1616 |
| (844) 487-9489 | tukel@butzel.com |
| noah@hurwitzlaw.com | (P34978) |
| (P74063) | |