AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| JANE DOE 1, et al., *Plaintiff* <br> v. <br> KEFFER DEVELOPMENT SERVICES, LLC, et al., *Defendant* | ) ) ) ) ) Case No. 2:25-cv-10855 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keffer Development Services, LLC .

Date: 05/09/2025

/s/ Thomas W. King, III
*Attorney's signature*

Thomas W. King, III
*Printed name and bar number*

Dillon McCandless King Coulter & Graham, LLP
128 West Cunningham Street
Butler, PA 16001
*Address*

tking@dmkcg.com
*E-mail address*

(724) 283-2200
*Telephone number*

(724) 283-2298
*FAX number*